IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:20-CV-275-WKW ) [WO] |
| JUDGE BINFORD, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On May 4, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and the Recommendation, it is ORDERED as follows:

(1) The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED;

(2) This action is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i–iii).

Final Judgment will be entered separately.

DONE this 16th  day of June, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE